with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Plaintiff, v. Robert D. Payne and John W. Carpenter, Defendants. In the Matter of the Application of John W. Carpenter, Appellant, for an Order Canceling and Discharging of Record a Judgment, etc. The People of the State of New York, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Oscar Schlegel, Respondent, v. George A. Schamberger, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

William Schor, Respondent, v. Isaac Briskman, Appellant.— The judgment entered in this action dismissing the complaint of the plaintiff was a final determination against the right of the plaintiff to an injunction even though it was entered on plaintiff's default. There is no claim that it has been vacated, so its finality stands unquestioned at this moment. Therefore the defendant was entitled to the relief for which he moved, and the denial of the same by the learned Special Term was erroneous. The order is reversed, with ten dollars costs and disbursements, and the motion of the appellant is granted, with ten dollars costs. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Arthur R. Smith, Respondent, v. William A. Dunn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Mildred C. Spence, Appellant, v. John James Wood and Others, Defend ants, Impleaded with William R. Boin, as Executor, etc., of Maria M. Wood, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Josephina Sulinski, Appellant, v. Joseph Grodsky and Others, Respondents.— Order modified by fixing the attorney's lien herein at forty-three dollars and seventy-five cents, instead of twenty dollars, and as thus modified affirmed, without costs of this appeal. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

James Sullivan, Respondent, v. Elizabeth J. Graham, Appellant.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Mary Trangel, Respondent, v. Boorum & Pease Company, and Central Machinery and Supplies Company, Inc., Appellants.— Judgment and order affirmed, with costs. No opinion. Thomas, Rich and Stapleton, JJ., concurred; Jenks, P. J., and Burr, J., dissented.

Harry L. Trubenback, Respondent, v. James H. Stansbury, Appellant. — Judgment and order affirmed, with costs. No opinion. Burr, Thomas, Rich and Stapleton, JJ., concurred; Carr, J., dissented.

Henry L. Trubenback, Respondent, v. James H. Stansbury, Appellant.